RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
TIFFANY L. NOCON
Assistant Federal Public Defender
Nevada State Bar No. 14318
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Tiffany_Nocon@fd.org

Attorney for Edwin Mauricio Caceres

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWIN MAURICIO CACERES,<br><br>Defendant. | Case No. 2:16-mj-528-DJA<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Tiffany L. Nocon, Assistant Federal Public Defender, counsel for Edwin Mauricio Caceres, that the Revocation Hearing currently scheduled on October 1, 2019 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district on the currently scheduled revocation hearing date.

2. Mr. Caceres is *not* in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 19th day of September, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Tiffany L. Nocon*<br>By_____<br>TIFFANY L. NOCON<br>Assistant Federal Public Defender | */s/ Daniel J. Cowhig*<br>By_____<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>EDWIN CACERES,<br><br>    Defendant. | Case No. 2:16-mj-528-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED, based on the request of the parties and the record in this case and for good cause shown, that the revocation hearing currently scheduled for Tuesday, October 1, 2019 at 10:00 a.m., be vacated and continued to October 10, 2019 at the hour of 10:00 a.m. in Las Vegas Courtroom 3A.

IT IS SO ORDERED this September 23, 2019.

_____
UNITED STATES MAGISTRATE JUDGE